**738-15**

# ELECTRONIC RECORD

CCA #   09-13-00333-CR                    OFFENSE:   Assault

STYLE:   Markeshia Marshall
         v. The State of Texas           PUNISHMENT:   90 days county jail

                                         COUNTY:   Jefferson

TRIAL COURT:      County Court at Law No 3                          MOTION
TRIAL COURT #:    292155                 FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge John Paul Davis   DATE:
DISPOSITION:     AFFIRMED                 JUDGE:

DATE:        05-13-15

JUSTICE:   Charles Kreger        PC   NO   S   YES
PUBLISH:   NO                    DNP:   YES

CLK RECORD:      10-10-13                 SUPP CLK RECORD:
RPT RECORD:      11-26-13                 SUPP RPT RECORD:   10-02-13
STATE BR:        04-08-14; 07-17-14       SUPP BR:
APP BR:          04-04-14                 PRO SE BR:   07-11-14

**738-15**

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                    CCA # _____PD-0738-15_____

---------------------

_____PRO SE_____ Petition            Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____
_____REFUSED_____                   JUDGE: _____
DATE: 08/26/2015                     SIGNED: _____   PC: _____
JUDGE: _____               PUBLISH: _____   DNP: _____

---------------------

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____   _____ ON _____

JUDGE: _____   JUDGE: _____